In The Interest of: V.L.D., C.G.D., and M.M.D., Plaintiffs,

T.D., Appellant,

v.

Missouri Children's Division, Respondent.

Nos. WD 69781, WD 69782, WD 69783.

Missouri Court of Appeals, Western District.

Dec. 23, 2008.

Frederick P. Tucker, Macon, MO, for Appellant.

Lesa L. Bonnett, Macon, MO, for Plaintiffs.

Gary L. Gardner, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JAMES M. SMART, JR., and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

T.D. appeals the circuit court's judgment terminating her parental rights to her children V.L.D., C.G.D., and M.M.D. We affirm. Rule 84.16(b).